# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKET MOTORCYCLES, INC., a California corporation, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ARKANSAS BEST CORPORATION, AVERITT EXPRESS, CON-WAY, INC., FEDEX CORPORATION, JEVIC TRANSPORTATION, INC., SUN CAPITAL PARTNERS IV, LLC., NEW ENGLAND MOTOR FREIGHT, INC., OLD DOMINION FREIGHT LINE, INC., R+L CARRIERS, INC., SAIA, INC., UNITED PARCEL SERVICE, INC., USF REDDAWAY INC., and YRC WORLDWIDE, INC.,<br><br>Defendants. | CASE NO. 07CV1780-LAB (WMC)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME WITH INSTRUCTIONS**<br><br>[Dkt No. 5] |

This matter is before the court on the Joint Motion of the parties to extend the time for Defendants to respond to the Complaint in this anti-trust action in consideration of the motions pending before the Judicial Panel on Multidistrict Litigation to consolidate this action with the multiple other national LTL Shipping Services Antitrust Cases. The parties represent this case arises from substantially the same events and involves the same parties as in Farm Water Technology Services, Inc. v. Arkansas Best Corp. a case currently pending before District Judge Roger T. Benitez of this district, Case No. 07cv1389-BEN(RBB). They

1  anticipate this action and Judge Benitez's case "will likely be assigned to the same judge and
2  magistrate judge. . . pursuant to the Low Number Rule."  Judge Benitez previously granted
3  an extension of time for defendants to respond to the Complaint in <u>Farm Water</u>, and the
4  parties indicate defendants may seek another extension pending the MDL hearing scheduled
5  for November 2007. The Joint Motion here seeks to have this case establish the same
6  extended deadlines as Judge Benitez has approved or will approve in the <u>Farm Water</u> case.

7  In the interest of judicial economy, **IT IS HEREBY ORDERED** the parties shall initiate
8  the Low Number Rule process forthwith to effectuate the related case reassignment so that
9  this case and the <u>Farm Water</u> case are under the control of a single District Judge while they
10 remain pending in this court, with disposition associated with any future MDL action to be
11 similarly coordinated.  **IT IS FURTHER ORDERED** in the meantime the deadline for
12 Defendants to respond to the Complaint in this case is extended to ***November 5, 2007***.

13 **IT IS SO ORDERED**.
14 DATED:  October 11, 2007

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge